## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

XYZ Corporation

                        Plaintiff,

v.

                        Case No.: 1:22−cv−02069

                        Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 27, 2022:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Plaintiff's motion for leave to file certain documents under seal and temporarily proceed under a pseudonym [8] is granted. Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [11] is granted. Plaintiff's motion for electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3) [15] is granted. Anticipated motion to extend the TRO is set for 5/11/2022 at 9:00 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.