



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**



# FILED

MAY 06 2022

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 22-cv-2069

2. **Case Title:** XYZ Corporation v. The Partnerships and Unincorporated Associations Identified or

3. **Judge:** Judge Robert M. Dow, Jr.

4. **Moving Party:** XYZ Corporation

5. **Amount of Deposit:** $10,000

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**     Yes [ ]    No [✓]
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/s/ Martin F. Trainor                                    5/6/22
**Attorney or Litigant**                                  **Date**

Rev. 0330017